**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CRIMINAL NO.  07-30126-01-GPM** |
| | ) | |
| **MARY POWELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant **MARY POWELL** pleaded guilty to Counts 1, 2, and 3 of the Information, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge.  A Presentence Investigation Report is ordered.  The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **January 28, 2008, at 8:00 AM** at the E. St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED:  November 9, 2007

 S/G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge